UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 11-cr-37-03-JD

<u>Tiffany Mailhot</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 24) filed by defendant Mailhot is ruled on as follows:  Granted, no further continuances. Trial is continued as to defendant Mailhot, as well as her co-defendants who were all in agreement to the continuance, to the two-week period beginning August 16, 2011, 9:30 AM.

    Defendant Mailhot shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            <u>/s/ Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date:  May 6, 2011

cc:  Bruce Kenna, Esq.
     Jonathan Saxe, Esq.
     Charles Keefe, Esq.
     Theodore Lothstein, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation